IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRADLEY ALLAN HAWKS                              PETITIONER

v.                      No. 4:16-cv-403-DPM

UNITED STATES OF AMERICA                        RESPONDENT

## ORDER

The Court directs the Clerk to stay and administratively terminate this case. The Court will reopen the case when the stay in the related criminal case, № 4:12-cr-109-DPM-3, is lifted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018